UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALC LEASING LLC, and ADAM
CHRISTENSEN,

        Plaintiffs,                     Case No. 2:24-cv-11595

v.                                      Honorable Susan K. DeClercq
                                            United States District Judge

CHARTER TOWNSHIP OF
WATERFORD,

        Defendant.
_____/

**ORDER GRANTING IN PART PARTIES' JOINT MOTION TO EXTEND DISCOVERY (ECF No. 12) AND ADJOURNING SCHEDULING ORDER (ECF No. 9)**

Six days before the close of fact discovery in this case, the Parties filed a joint motion to extend the remaining discovery and expert disclosure deadlines. ECF No. 12. The Parties report that despite their good-faith efforts, they have been unable to conduct two material depositions before the fact-discovery deadline and request a 60-day adjournment to do so. *Id.* at PageID.80.

Given that the parties have had approximately seven months for discovery already, this Court finds good cause for a short adjournment, *see* Fed. R. Civ. P. 16(b)(4), so the Parties' Joint Motion, ECF No. 12, will be granted in part, and the

remaining discovery and expert disclosure deadlines will be adjourned by 30 days.[1]

Accordingly, it is **ORDERED** that:

1. The Parties' Joint Motion to Extend Discovery, ECF No. 12, is **GRANTED IN PART** to the extent the deadlines will be adjourned 30 days instead of 60; and

2. The Phase I Scheduling Order, ECF No. 9, is **ADJOURNED** as follows:

| Event | Deadline |
|---|---|
| Fact Discovery Ends | May 9, 2025 |
| Plaintiff's Expert Disclosures Due | June 9, 2025 |
| Defendant's Expert Disclosures Due | July 9, 2025 |
| Expert Discovery Ends | July 30, 2025 |
| Mediation to be held by | July 30, 2025 |
| Status Conference by Zoom (if case not settled) | August 6, 2025 at 3:30 PM |

**This is not a final order and does not close the above-captioned case.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 9, 2025

---

[1] The mediation deadline and post-mediation status conference dates will not be adjourned, as the Parties did not request adjournment of those deadlines. *See* ECF No. 12.